1  Henry Reynolds
   P.O. Box 7443
2  Santa Monica, CA  90406
   Tel: (310) 393-7052
3  Fax: (815) 550-2266
   Email: henryfreynolds@gmail.com
4  CA Bar No. 158709
   Attorney for Plaintiff
5  LETICIA MORALES ORTIZ

6

7

8                 **United States District Court**
                   **Central District of California**
9                      **Western Division**

10 | LETICIA MORALES ORTIZ              )   Case No.: 2:07cv5894 RC

11 |          Plaintiff,                )
               vs.                      )
12 | MICHAEL J. ASTRUE                  )   ORDER RE STIPULATION TO
    Commissioner of Social Security    )   AWARD EAJA FEES AND COSTS
13 |          Defendant.               )   [PROPOSED]
                                        )
14 |                                    )

15       Based upon the parties' Stipulation for the Award and Payment of Equal

16  Access to Justice Act Fees and Costs, IT IS HEREBY ORDERED that Plaintiff's

17  counsel Henry Reynolds, as Plaintiff's assignee, be awarded attorney fees under

18  the EAJA in the amount of  $6500.00, as authorized by 28 U.S.C. § 2412(d), and

19  costs in the amount of $70.00 subject to the terms of the above-referenced

20  Stipulation.

                                       1

1   DATED: 12/30/08

2                                        ROSALYN M CHAPMAN
                                         UNITED STATE MAGISTRATE JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20